UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| DONNA BRANDY, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: 2:12-cv-192-PPS |
| | ) |
| MAXIM HEALTHCARE SERVICES, INC. | ) |
|     Defendant. | ) |

### STIPULATED VOLUNTARY DISMISSAL OF PLAINTIFF'S COMPLAINT

Comes now the Plaintiff, Donna Brandy, by counsel, Colby A. Barkes at the law firm Blachly Tabor Bozik & Hartman, LLC, and Defendant, Maxim Healthcare Services, Inc., by counsel, Jan Michelsen at the law firm Ogletree Deakins Nash Smoak & Stewart P.C., pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), and hereby stipulate to voluntarily dismiss Plaintiff's Complaint with prejudice.  The Parties agree, by counsel, that all Parties shall pay their own costs and fees.

Respectfully submitted,

| | |
|---|---|
| **BLACHLY, TABOR, BOZIK & HARTMAN, LLC** | **OGLETREE DEAKINS NASH SMOAK & STEWART PC** |
| /s/ Colby A. Barkes | /s/ Jan Michelsen |
| Colby A. Barkes (Atty. #26251-64) | Jan Michelsen |
| 56 S. Washington St., Suite 401 | 111 Monument Circle, Ste. #4600 |
| Valparaiso, Indiana 46383 | Indianapolis IN  46204 |
| Ph. (219) 464-1041 | Ph. (317) 916-1300 |
| Attorney for Plaintiff | Attorney for Defendant |

### CERTIFICATE OF SERVICE

I certify that on the 29th day of October, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notice to the following CM/ECF participants: jan.michelsen@ogletreedeakins.com

    /s/  Colby A. Barkes